UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MEDLEY,

    Plaintiff,

v.                                       Case No: 8:16-cv-2534-T-36CPT

DISH NETWORK, LLC,

    Defendant.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the parties' Amended Case Management Report (Doc. 111), filed on November 25, 2020, the following deadlines shall apply to this action:

| | |
|---|---|
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | MARCH 5, 2021 |
| **Meeting In Person to Prepare Joint Final Pretrial Statement** | JUNE 11, 2021 |
| **Joint Final Pretrial Statement, (including a single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word or WordPerfect® version may be e-mailed to the Chambers mailbox] Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | JUNE 22, 2021 |
| **All Other Motions Including Motions *In Limine*** | JUNE 29, 2021 |
| **Final Pretrial Conference**    **Date:** **Time:** **Judge:** | JULY 20, 2021<br>2:30 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Trial Briefs and Deposition Designations** | JULY 13, 2021 |
| **Trial Term Begins** | AUGUST 2, 2021 |
| **Estimated Length of Trial** | 2 days |
| **Jury / Non-Jury** | Jury |

| | |
|---|---|
| **Mediation Deadline** | APRIL 23, 2021 |
| **Mediator Address:** | Eric E. Ludin |
| | 5235 16th Street North |
| **Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the court within 14 days of this Order advising of the date.** | St. Petersburg, FL  33703-2611 |
| | 727-572-5000 |
| **Name:** | Ian Richard Leavengood |
| **Designated Lead Counsel    Telephone:** | 727-327-3328 |
| **Pursuant to Local Rule 9.04(a)(3)** | |
| **Lead Counsel Telephone Number** | |

All other provisions of the Case Management and Scheduling Order continue to apply.

**DONE AND ORDERED** in Tampa, Florida on November 25, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies to**:
Counsel of Record and Unrepresented Parties, if any