UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MEDLEY,

    Plaintiff,

v.                                                  Case No: 8:16-cv-2534-T-36CPT

DISH NETWORK, LLC,

    Defendant.
_____/

## ORDER

    This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on December 7, 2020 (Doc. 113). In the Report and Recommendation, Magistrate Judge Tuite recommends that Defendant Dish Network LLC's Renewed Motion for Attorneys' Fees as to Count One of Plaintiff's Complaint (Doc. 103) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 113) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Dish Network LLC's Renewed Motion for Attorneys' Fees as to Count One of Plaintiff's Complaint (Doc. 103) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida on December 23, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record