UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MEDLEY,                                               Case No.: 8:16-cv-02534-CEH-CPT

      Plaintiff,
v.

DISH NETWORK L.L.C.,

      Defendant.
_____/

## JOINT MOTION FOR LEAVE TO FINALIZE THE PRETRIAL STATEMENT VIA VIRTUAL ZOOM PLATFORM

Plaintiff Linda Medley and Defendant DISH Network L.L.C. ("DISH"), pursuant to the November 25, 2020 Amended Case Management and Scheduling Order, hereby file this *Joint Motion for Leave to Finalize the Pretrial Statement via Virtual Zoom Platform* and state as follows:

1. The Court's Amended Case Management and Scheduling Order requires a "meeting in person to prepare [a] Joint Pretrial Statement" by June 11, 2021. (Doc. 112.)

2. Counsel for DISH is located out-of-state, and would need to make airline travel arrangements to attend the meeting.

3. In light of the coronavirus public health constraints, the Parties jointly request permission to conduct the meeting via the virtual zoom platform.

4. The public health crisis has resulted in courts allowing remote platform communications. *E.g., Streaminn Hub v. Gayle*, No. 18-24684, 2021 U.S. Dist. LEXIS 17020, at *5 (S.D. Fla. Jan. 27, 2021) ("hearing [] to be conducted via Zoom video conference"); *Townhouse Rest. of Oviedo v. Nuco2*, No. 19-14085, 2020 U.S. Dist. LEXIS 108811, at *8 (S.D. Fla. May 5, 2020) (permitting "a remote platform").

Therefore, for the foregoing reasons, the Parties request entry of an Order permitting the pretrial meeting to take place via virtual zoom platform.

1

| | |
|---|---|
| **L**EAVEN**L**AW | **Benesch, Friedlander,**<br>**Coplan & Aronoff, LLP** |
| */s/ Ian R. Leavengood* | */s/ Eric Larson Zalud* |
| Ian R. Leavengood, Esq., FBN 010167<br>Northeast Professional Center<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703 | Eric Larson Zalud, Esq., *Pro Hac Vice*<br>Laura E. Kogan, Esq., *Pro Hac Vice*<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114 |
| *Attorney for Plaintiff* | Josef Y. Rosen, Esq., FBN: 112719<br>Gray Robinson, P.A.<br>401 E. Jackson Street, Suite 2700<br>P.O. Box 3324<br>Tampa, FL 33601-3324 |
| | Roy S. Kobert, Esq., FBN 777153<br>Gray Robinson, P.A.<br>301 E. Pine Street, Suite 1400<br>P.O. Bo. 3068<br>Orlando, FL 32802-3068<br>roy.kobert@gray-robinson.com |
| | *Attorneys for Defendant DISH Network L.L.C.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Courts by CM/ECF. I also certify that the foregoing document is being served this date on the following counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

>Ian R. Leavengood, Esq.
>LEAVENLAW
>Northeast Professional Center
>3900 First Street North, Suite 100
>St. Petersburg, FL  33703
>consumerservice@leavenlaw.com
>ileavengood@leavenlaw.com

>*/s/ Eric Larson Zalud*
>Eric Larson Zalud
>*Attorney for Defendant DISH Network L.L.C.*