# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINDA MEDLEY,

    Plaintiff,

v.

DISH NETWORK L.L.C.,

    Defendant.
_____/

Case No.: 8:16-cv-02534-CEH-CPT

## DEFENDANT DISH NETWORK L.L.C.'S NOTICE OF AVAILABILITY FOR JANUARY 2023 TRIAL

Pursuant to the Court's April 15, 2022 Order (Doc. No. 179), Defendant DISH Network L.L.C. ("DISH") files this Notice of its availability for trial during the January 2023 Trial Term, other than dates contiguous to the 2023 New Year's Day holiday.

Dated: April 22, 2022

Respectfully submitted,

/s/ Eric Larson Zalud
ERIC LARSON ZALUD (*Pro Hac Vice*)
LAURA E. KOGAN (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
216-363-4178 Telephone
216-363-4588 Facsimile
ezalud@beneschlaw.com
lkogan@beneschlaw.com

Josef Y. Rosen, Esq.
Florida Bar No. 112719
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, Florida  33601-3324
813-273-5000 Telephone
813- 273-5145 Facsimile
josef.rosen@gray-robinson.com

Roy S. Kobert, Esquire
Florida Bar No. 777153
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802-3068
407- 843-8880 Telephone
407- 244-5690 Facsimile
roy.kobert@gray-robinson.com

*Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2022, I electronically filed the foregoing document with the Clerk of the Courts by CM/ECF. I also certify that the foregoing document is being served this date on the following counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

| | |
|---|---|
| Ian R. Leavengood, Esq.<br>Michael J. Boyle, Esq<br>Philip M. Piazza, Esq<br>LEAVENLAW<br>Northeast Professional Center<br>3900 First Street North, Suite 100<br>St. Petersburg, FL  33703<br>consumerservice@leavenlaw.com<br>ileavengood@leavenlaw.com<br>mboyle@leavenlaw.com<br>ppiazza@leavenlaw.com | Charles Schropp, Esq.<br>Schropp Law Firm, P.A.<br>2309 MacDill Avenue, Suite101<br>Tampa, FL 33609<br>charles@schropplaw.com |

*/s/ Eric Larson Zalud*
Eric Larson Zalud
*Attorney for Defendant DISH Network L.L.C.*

15613868 v1

3