IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LINDA MEDLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>DISH NETWORK L.L.C.,<br><br>    Defendant. | CASE NO. 8:16-cv-02534-CEH-CPT<br><br>JUDGE CHARLENE EDWARDS HONEYWELL |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID M. KRUEGER
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

David M. Krueger of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP ("Movants") hereby submits this *unopposed* Motion to this Court for permission to appear *pro hac vice* on behalf of Defendant DISH Network L.L.C. ("Defendant").

Movant David M. Krueger from the Benesch, Friedlander, Coplan & Aronoff LLP office located at 200 Public Square, Suite 2300, Cleveland, Ohio, 44114, states that he is a member in good standing of the Ohio State Bar; the United States Court of Appeals for the Sixth Circuit, Fourth Circuit, Seventh Circuit and Eleventh Circuit; the United States District Courts for the Northern and Southern Districts of Ohio, the District of Colorado, the Eastern District of Wisconsin, the Southern District of Indiana, the Southern and Northern District of Illinois, the Western District of Texas, and the Eastern and Western Districts of Michigan.

Pursuant to Local Rule 2.01(c), David M. Krueger designates attorney Josef Y. Rosen of the law firm of GrayRobinson, P.A. at 401 E. Jackson Street, Suite 2700, P.O. Box 3324, Tampa, Florida 33602-3324, Telephone 813-273-5000 as the Florida Bar member upon whom all notices and papers may be served in the instant action and the member of the Florida Bar and the bar of

this Court who will be responsible for the progress of the case, including the trial in default of the non-resident attorney. Through the signature affixed below, the law firm of GrayRobinson, P.A. consents to such designation.

Movant represents that he is not permanently admitted to practice in the Middle District of Florida. Movant does not maintain special practices of law in Florida. Movant is not a resident of Florida. Movant has reviewed and is familiar with the Local Rules of the Middle District of Florida and submit to the jurisdiction of this Court for discipline purposes.

Movant has filed two motions to appear as counsel in Florida in the past 36 months. The first motion was filed in *Arthur Caufield v. USAA Savings Bank*, Case No. 8:21-cv-01737 on January 5, 2022 and granted on January 7, 2022. The second motion was filed in *Paul Cusma v. USAA Federal Savings Bank*, Case No. 8:21-cv-00345 on April 23, 2021 and granted on April 23, 2021.

Movant has or will pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 upon admission.

WHEREFORE, David M. Krueger moves the Court to allow him to appear *pro hac vice* on behalf of Defendant in this matter pursuant to Local Rule 2.02 of the Middle District of Florida.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendant has conferred with counsel for Plaintiff, who has advised that Plaintiff does not oppose this motion.

Respectfully submitted on this 28th day of November 2022.

>Respectfully submitted,
>
>*/s/ David M. Krueger*
>David M. Krueger, Esq. (OH 0085072)
>Benesch Friedlander Coplan & Aronoff LLP
>200 Public Square, Suite 2300
>Cleveland, Ohio 44114
>216-363-4500 Telephone
>216-363-4588 Facsimile
>dkrueger@beneschlaw.com
>
>
>Josef Y. Rosen, Esq.
>Florida Bar No. 112719
>GrayRobinson, P.A.
>401 E. Jackson Street, Suite 2700
>P.O. Box 3324
>Tampa, Florida  33601-3324
>813-273-5000 Telephone
>813- 273-5145 Facsimile
>josef.rosen@gray-robinson.com
>
>and
>
>Roy S. Kobert, Esquire
>Florida Bar No. 777153
>GrayRobinson, P.A.
>301 E. Pine Street, Suite 1400
>P.O. Box 3068
>Orlando, Florida 32802-3068
>407- 843-8880 Telephone
>407- 244-5690 Facsimile
>roy.kobert@gray-robinson.com
>
>*Attorneys for Defendant DISH Network L.L.C.*

## CONSENT TO ACT AS LOCAL COUNSEL

I, Josef Y. Rosen, an attorney qualified to practice in this Court, consent to designation as the local attorney for David M. Krueger of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall also be served.

/s/ Josef Y. Rosen
Josef Y. Rosen, Esq.
Florida Bar No. 112719
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, Florida  33601-3324
813-273-5000 Telephone
813- 273-5145 Facsimile
josef.rosen@gray-robinson.com

*Attorney for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, a copy of the foregoing *Motion for Admission Pro Hac Vice of David M. Krueger and Written Designation and Consent to Act* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ David M. Krueger
David M. Krueger, Esq.

*Attorney for Defendant DISH Network L.L.C.*

20573831 v1