UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MEDLEY,

    Plaintiff,

v.                                                    Case No: 8:16-cv-2534-CEH-CPT

DISH NETWORK, LLC,

    Defendant.
_____/

## AMENDED PRETRIAL ORDER

This cause came before the Court at a pretrial conference held on December 13, 2022, pursuant to Fed. R. Civ. P. 16(d) and Rule 3.06 Local Rules of the Middle District of Florida.  Upon consideration, it is **ORDERED** that:

(1)     This matter is set for a jury trial to begin during the Court's January 2023 trial term[1].  The parties estimate that 2-3 days will be needed to try this case.

(2)     The parties' Joint Pretrial Statement (Doc. 195) will control the course of the trial and may not be further amended except by order of the Court in the furtherance of justice.

(3)     On or before December 23, 2022, the parties shall file an amended pretrial statement. Plaintiff shall file an amendment to the Joint Pretrial

---

[1] The trial of this case is tentatively scheduled to begin on January 23, 2023.

       Statement which reflects the amount of money damages being sought with respect to each element of damages.

(4)    If not already filed, by December 23, 2022, the parties shall file and serve on opposing counsel suggested *voir dire* questions.

(5)    Plaintiff's designation of deposition testimony, to be published to the jury as substantive evidence, shall be filed by December 20, 2022. Defendant's counter-designations of deposition testimony and objections to designations shall be filed by December 27, 2022.

(6)    Pending Motions *in Limine* will be heard prior to commencement of the trial. At the same time, the Court will resolve any objections to depositions transcripts.

(7)    On or before December 23, 2022, the parties shall file a notice with the Court indicating the name, address, and telephone number of the mediator selected and the date of the mediation. Mediation shall be conducted to conclude on or before January 17, 2023.

(8)    Each side will be allowed twenty (20) minutes for opening statements. The time allowed for closing arguments will be established after conclusion of evidence.

(9)    The parties are directed to deliver the following to the Courtroom Deputy Clerk on the morning of trial: (1) copy of all depositions that the parties intend to read at trial, other than those used for the purpose of impeaching a witness, with the selected excerpts so marked; (2) three

copies of each parties' witness list; and (3) three copies of each parties' exhibit list.  Additionally, on the last day of trial, the parties are directed to deliver to the Courtroom Deputy Clerk a CD which contains all of the parties' exhibits, individually listed, in pdf format.

**DONE AND ORDERED** in Tampa, Florida on December 21, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record