UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MEDLEY,

    Plaintiff,

v.

DISH NETWORK L.L.C.,

    Defendant.
_____/

Case No.: 8:16-CV-02534-CEH-CPT

**DEFENDANT DISH NETWORK L.L.C.'S OBJECTIONS
TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 32(a)(3) and this Court's Amended Pretrial Order (Doc. 210), Defendant DISH Network L.L.C. hereby submits the following objections to Plaintiff's Deposition Page and Line Designations (Doc. 209).

**Deposition Designation of Joey L. Montano**

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 5, lines 14-24 | No objection. |
| Page 6, lines 1-8 | Relevancy. |
| Page 8, lines 14-25 | No objection. |
| Page 9, lines 1-11 and lines 18-25 | No objection as to lines 1-11 and 18-23. Misleading as to lines 24-25. The debt at issue is limited to the Pause charges. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 10, lines 1-3 and lines 12-25 | Misleading as to lines 1-3 and 12-16. The overall debt is not at issue. The debt at issue is limited to the Pause charges.<br><br>No objection as to lines 17-23.<br><br>Improperly instructing the jury on the law in lines 23-25. An attorney cannot get into the law. That is for the jury instructions and the Court. |
| Page 11, lines 1-10 and 19-25 | Improperly instructing the jury on bankruptcy law in lines 1-4. An attorney cannot get into the law. That is for the jury instructions and the Court.<br><br>No objection as to lines 5-10.<br><br>Relevancy and foundation as to lines 19-25. |
| Page 12, lines 1-25 | Relevancy. |
| Page 13, lines 1-18 | Relevancy. |
| Page 14, lines 20-25 | No objection. |
| Page 15, lines 1-16 | No objection. |
| Page 18, lines 14-25 | No objection. |
| Page 19, lines 1-25 | Relevancy as to line 2.<br><br>No objection. |
| Page 20, lines 1-25 | No objection. |
| Page 21, lines 2-25 | Relevancy at lines 2-9. The parties stipulated to Plaintiff's phone number.<br><br>No objection as to lines 10-25. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 22, lines 1-25 | No objection. |
| Page 23, lines 1-25 | No objection. |
| Page 24, lines 1-25 | No objection. |
| Page 25, lines 1-25 | No objection as to lines 1-21.<br><br>Relevancy as to lines 22-25. |
| Page 26, lines 1-25 | No objection at to lines 1-10 and 24-25.<br><br>Foundation and calls for speculation as to lines 13-20.<br><br>Relevancy as to lines 21-23. |
| Page 27, lines 1-25 | No objection as to lines 1-20.<br><br>Relevancy as to lines 21-25. The parties stipulated that Plaintiff called DISH. |
| Page 28, lines 1-25 | Relevancy. |
| Page 29, lines 6-23 | Relevancy. |
| Page 30, lines 3-22 | No objection. |
| Page 33, lines 1-25 | No objection. |
| Page 34, lines 1-25 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion. |
| Page 35, lines 1-25 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion. |
| Page 36, lines 1-25 | No objection. |
| Page 37, lines 1-8, lines 17-20 and line 25 | No objection. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 38, lines 1-25 | No objection. |
| Page 39, lines 1-25 | No objection. |
| Page 40, lines 1-25 | Relevancy and misleading. The parties stipulated that Plaintiff did not cancel her account. |
| Page 41, lines 1-7 and lines 13-25 | No objection. |
| Page 42, lines 1-19 | No objection. |
| Page 45, lines 6-25 | No objection. |
| Page 46, lines 1-5 and lines 13-25 | No objection. |
| Page 47, lines 1-10 | No objection. |
| Page 49, 13-25 | No objection. |
| Page 50, lines 1-2 and lines 10-25 | No objection. |
| Page 51, lines 1-25 | No objection. |
| Page 52, lines 1-25 | No objection. |
| Page 53, lines 1-25 | No objection as to lines 1-16. Relevancy as to lines 17-25. |
| Page 54, lines 1-5 and lines 14-25 | Relevancy as to lines 1-5. No objection as to lines 14-25. |
| Page 55, lines 1-25 | Relevancy and calls for speculation. |
| Page 56, lines 1-8, lines 10-18 and lines 22-25 | Relevancy and calls for speculation. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 57, lines 1-25 | Relevancy and calls for speculation as to lines 1-2. No objection to lines 3-25. |
| Page 58, lines 1-25 | No objection. |
| Page 59, lines 1 and lies 5-25 | No objection. |
| Page 60, lines 1-25 | Relevancy. |
| Page 61, lines 1-7 and lines 10-25 | No objection. |
| Page 62, lines 1-25 | No objection as to lines 1-5 and 16-25. Calls for speculation as to lines 6-15. |
| Page 63, lines 1-25 | No objection as to lines 1-8 and 15-25. Calls for speculation as to lines 9-14. |
| Page 64, lines 1-25 | Relevancy and calls for speculation. |
| Page 65, lines 1-25 | Relevancy and calls for speculation. |
| Page 66, lines 1-25 | Relevancy. |
| Page 67, lines 1-25 | Relevancy and calls for speculation as to lines 1-19. No objection as to lines 20-25. |
| Page 68, lines 1-25 | No objection. |
| Page 69, lines 1-25 | No objection as to lines 1-17 and 24-25. Calls for speculation as to lines 18-23. |
| Page 70, lines 1-25 | Relevancy and calls for speculation. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 71, lines 1-25 | Relevancy and calls for speculation. |
| Page 72, 1-25 | No objection. |
| Page 73, lines 1-25 | No objection as to lines 1-12. Relevancy as to lines 13-25. |
| Page 74, lines 1-25 | Relevancy. |
| Page 75, lines 1-25 | Relevancy as to lines 1-9. No objection as to lines 10-25. |
| Page 76, lines 1-23 | No objection. |
| Page 77, lines 6-20 | No objection. |
| Page 78, lines 4-25 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion. |
| Page 79, lines 1-3 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion. |
| Page 80, lines 1-25 | Relevancy as to lines 1-9. No objection as to lines 10-25. |
| Page 81, lines 1-25 | Relevancy as to lines 1-10. No objections as to lines 11-25. |
| Page 82, lines 1-25 | No objection. |
| Page 83, lines 1-25 | No objection. |
| Page 84, lines 1-25 | No objection. |

| | |
|---|---|
| Page 85, lines 1-25 | No objection as to lines 1-4<br><br>Calls for speculation. |
| Page 86, lines 1-25 | Calls for speculation. |
| Page 87, lines 1-4 | Relevancy. |
| Page 88, lines 13-25 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion. |
| Page 89, lines 1-25 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion as to lines 1 and 7-17.<br><br>No objection as to lines 2-6 and 18-25. |
| Page 90, lines 1-25 | No objection. |
| Page 91, lines 1-25 | No objection as to lines 1-10.<br><br>Relevancy as to lines 11-25. |
| Page 92, lines 1-25 | Relevancy. |
| Page 93, lines 1-25 | No objection as to lines 1-5.<br><br>Calls for speculation as to lines 6-19.<br><br>No objection as to lines 20-25. |
| Page 94, lines 1-2 and lines 20-25 | No objection. |
| Page 95, lines 1-11 | No objection. |
| Page 96, lines 1-15 and lines 21-24 | Relevancy. |
| Page 97, lines 1-25 | Relevancy as to lines 1-21.<br><br>No objection 22-25. |

| Page 98, line 1 and lines 6-25 | No objection as to lines 1 and 6-8. Relevancy as to lines 9-25. |
|---|---|
| Page 99, lines 1-25 | Relevancy. |
| Page 100, lines 1-25 | Relevancy as to lines 1-2. No objection as to lines 3-25. |
| Page 101, lines 1-25 | No objection. |
| Page 102, lines 1-25 | No objection. |
| Page 103, lines 1-25 | No objection as to lines 1-23. Relevancy as to lines 24-25. |
| Page 104, lines 1-25 | No objection as to lines 1-23. Relevancy as to lines 24-25. |
| Page 105, lines 1-25 | Relevancy. |
| Page 106, lines 1-23 | Relevancy. |
| Page 107, lines 1-10 and lines 18-25 | Relevancy. |
| Page 108, lines 1-25 | Relevancy. |
| Page 109, lines 1-25 | Relevancy. |
| Page 110, lines 1-25 | Relevancy. |
| Page 111, lines 1-25 | Relevancy as to lines 1-16. No objection as to lines 17-25. |
| Page 112, lines 1-25 | No objection. |
| Page 113, lines 1-23 | No objection. |
| Page 114, lines 1-25 | Relevancy. |

| Page 115, lines 1-25 | Relevancy. |
|---|---|
| Page 116, lines 1-21 | Relevancy |
| Page 117, lines 10-14 and lines 20-25 | No objection. |
| Page 118, lines 1-25 | No objection as to lines 1-11. Relevancy as to lines 12-25. |
| Page 119, lines 1-25 | Relevancy as to lines 1-23. No objection as to lines 24-25. |
| Page 120, lines 1-25 | No objection. |
| Page 121, lines 1-20 | No objection. |
| Page 122, line 25 | Relevancy. |
| Page 123, lines 1-22 | Relevancy. |
| Page 125, lines 11-25 | Relevancy. Calls for speculation as to line 25. |
| Page 126, lines 1-25 | Calls for speculation as to lines 1-5. No objection as to lines 6-25. |
| Page 127, lines 9-25 | Relevancy. |
| Page 128, lines 1-25 | Relevancy. |
| Page 129, lines 1-25 | Relevancy. |
| Page 130, lines 1-25 | Relevancy. |
| Page 131, lines 1-16 | Relevancy. |
| Page 132, lines 23-25 | No objection. |

| | |
|---|---|
| Page 133, lines 1-25 | No objection. |
| Page 134, lines 1-13 and lines 20-25 | Relevancy. |
| Page 135, lines 1-25 | Relevancy. |
| Page 136, lines 1-25 | Relevancy. |
| Page 137, lines 1-13 and lines 20-21 | Relevancy. |
| Page 138, lines 4-12 and lines 19-25 | Relevancy. |
| Page 139, lines 1-25 | Relevancy. |
| Page 140, lines 1-25 | Relevancy as to lines 1-8 and 23-25. No objection as to lines 9-22. |
| Page 141, lines 1-4 | Relevancy. |
| Page 150, lines 14-19 | Relevancy. |

### **Deposition Designations of Shannon R. Picchione**

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 5, lines 15-19 and line 25 | No objection. |
| Page 6, lines 1-11 | No objection. |
| Page 8, lines 11-25 | No objection. |
| Page 9, lines 1-9 and lines 15-25 | No objection as to lines 1-9 and 15-21. Misleading as to lines 22-25. The debt at issue is limited to the Pause charges. |
| Page 10, lines 1-3 | Misleading as to lines 1-3. The overall debt is not at issue. The debt at issue is limited to the Pause charges. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 11, lines 1-14 | No objection as to lines 1-9. Improperly instructing the jury on bankruptcy law in lines 10-14. An attorney cannot get into the law. That is for the jury instructions and the Court. |
| Page 12, lines 2-4, lines 9-18 and line 25 | No objection as to lines 9-18 and 25. Relevancy as to lines 2-4. |
| Page 13, lines 1-25 | No objection. |
| Page 14, lines 1-25 | No objection. |
| Page 15, lines 12-25 | No objection. |
| Page 16, lines 1-25 | No objection. |
| Page 17, lines 1-25 | Relevancy as to lines 1-12. No objection as to lines 13-25. |
| Page 18, lines 1-25 | No objection. |
| Page 19, lines 1-6 and lines 12-25 | No objection. |
| Page 20, lines 1-25 | No objection. |
| Page 21, lines 1-25 | No objection. |
| Page 22, lines 1-25 | No objection. |
| Page 23, lines 1-25 | No objection. |
| Page 24, lines 1-25 | No objection. |
| Page 25, lines 1-25 | No objection. |
| Page 26, lines 1-25 | No objection. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 27, lines 1-25 | No objection. |
| Page 28, lines 1-25 | No objection. |
| Page 29, lines 1-25 | No objection. |
| Page 30, lines 1-25 | No objection. |
| Page 31, lines 1-8 and lines 11-25 | Relevancy at to lines 1-8 and 11-24.  No objection as to line 25. |
| Page 32, lines 1-25 | No objection. |
| Page 33, lines 1-25 | No objection. |
| Page 34, lines 1-25 | No objection. |
| Page 35, lines 1-25 | No objection. |
| Page 36, lines 1-25 | No objection. |
| Page 37, lines 1-25 | No objection. |
| Page 38, lines 1-25 | No objection. |
| Page 39, lines 1-25 | No objection. |
| Page 40, lines 1-20 and lines 23-25 | No objection. |
| Page 41, lines 1-25 | No objection. |
| Page 42, lines 1-25 | No objection. |
| Page 43, lines 1-25 | Relevancy. |
| Page 44, lines 1-11 and lines 14-25 | Relevancy. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 45, lines 1-25 | No objection. |
| Page 46, lines 1-25 | No objection. |
| Page 47, lines 1-25 | No objection. |
| Page 48, lines 1-25 | No objection. |
| Page 50, lines 1-25 | No objection. |
| Page 51, lines 1-25 | No objection. |
| Page 52, lines 1-25 | No objection. |
| Page 53, lines 1-25 | No objection. |
| Page 54, lines 1-25 | No objection. |
| Page 55, lines 1-25 | No objection. |
| Page 56, lines 1-25 | No objection. |
| Page 57, lines 1-25 | No objection. |
| Page 58, lines 1-19 and lines 24-25 | No objection. |
| Page 59, lines 1-25 | No objection. |
| Page 60, lines 1-25 | No objection. |
| Page 61, lines 1-25 | No objection. |
| Page 62, lines 1-25 | No objection. |
| Page 63, lines 1-25 | No objection. |
| Page 64, lines 1-25 | No objection. |
| Page 65, lines 1-25 | No objection. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 66, lines 1-25 | No objection. |
| Page 67, lines 1-25 | No objection. |
| Page 68, lines 1-25 | No objection. |
| Page 69, lines 1-25 | No objection. |
| Page 70, lines 1-25 | No objection. |
| Page 71, lines 1-12 and lines 17-25 | No objection. |
| Page 72, lines 1-25 | No objection. |
| Page 73, lines 1-25 | No objection. |
| Page 74, lines 1-25 | No objection. |
| Page 75, lines 1-25 | No objection. |
| Page 76, lines 1-25 | No objection. |
| Page 77, lines 1-25 | No objection. |
| Page 78, lines 1-25 | No objection. |
| Page 79, lines 1-24 | No objection as to lines 1-16.<br><br>Relevancy as to lines 17-24. |
| Page 80, lines 3-14 and lines 17-25 | Relevancy as to lines 3-14.<br><br>No objection as to lines 17-25. |
| Page 81, lines 1-25 | No objection. |
| Page 82, lines 1-25 | No objection. |
| Page 83, lines 1-25 | No objection. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 84, lines 1-25 | No objection. |
| Page 85, lines 1-25 | No objection. |
| Page 86, lines 1-25 | No objection. |
| Page 87, lines 1-25 | No objection. |
| Page 88, lines 1-25 | No objection. |
| Page 89, lines 1-12 and lines 16-25 | No objection. |
| Page 90, lines 1-25 | Relevancy. |
| Page 91, lines 1-25 | No objection. |
| Page 92, lines 1-14 and lines 20-25 | Relevancy. |
| Page 93, lines 1-25 | Relevancy as to lines 1-7.<br><br>No objection as to lines 8-25. |
| Page 94, lines 1-25 | Relevancy. |
| Page 95, lines 1-25 | No objection. |
| Page 96, lines 1-25 | No objection. |
| Page 97, lines 1-12 and lines 21-25 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion. |
| Page 98, lines 1-25 | Calls for speculation, calls for opinion testimony, and calls for legal conclusion as to lines 1-5.<br><br>No objection as to lines 6-25. |
| Page 99, lines 1-25 | No objection. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 100, lines 1-25 | No objection. |
| Page 101, lines 1-25 | No objection. |
| Page 102, lines 1-25 | No objection. |
| Page 103, lines 1-25 | No objection. |
| Page 104, lines 1-16 and lines 18-25 | No objection. |
| Page 105, lines 1-25 | No objection. |
| Page 106, lines 1-25 | No objection. |
| Page 107, lines 1-4 and lines 7-25 | No objection. |
| Page 108, lines 1-25 | No objection. |
| Page 109, lines 1-25 | No objection. |
| Page 110, lines 1-25 | No objection. |
| Page 111, lines 1-25 | No objection. |
| Page 112, lines 1-25 | No objection. |
| Page 113, lines 1-25 | No objection. |
| Page 114, lines 1-25 | No objection. |
| Page 115, lines 1-25 | No objection. |
| Page 116, lines 1-25 | No objection. |
| Page 117, lines 1-25 | No objection. |
| Page 118, lines 1-25 | No objection. |

| PAGE/LINE | DEFENDANT'S OBJECTIONS |
|---|---|
| Page 119, lines 1-17 and lines 18-25 | No objection. |
| Page 120, lines 1-25 | No objection. |
| Page 121, lines 1-25 | No objection. |
| Page 122, lines 1-2 | No objection. |

Dated:  December 27, 2022          */s/ Eric Larson Zalud*
                                    ERIC LARSON ZALUD (*Pro Hac Vice*)
                                    DAVID M. KRUEGER (*Pro Hac Vice*)
                                    LAURA E. KOGAN (*Pro Hac Vice*)
                                    Benesch, Friedlander, Coplan & Aronoff LLP
                                    200 Public Square, Suite 2300
                                    Cleveland, Ohio 44114
                                    216-363-4178 Telephone
                                    216-363-4588 Facsimile
                                    ezalud@beneschlaw.com
                                    lkogan@beneschlaw.com

Josef Y. Rosen, Esq.
Florida Bar No. 112719
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, Florida  33601-3324
813-273-5000 Telephone
813- 273-5145 Facsimile
josef.rosen@gray-robinson.com

Roy S. Kobert, Esquire
Florida Bar No. 777153
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802-3068
407- 843-8880 Telephone
407- 244-5690 Facsimile
roy.kobert@gray-robinson.com

*Attorneys for Defendant DISH Network L.L.C.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December 2022, I electronically filed the foregoing document with the Clerk of the Courts by CM/ECF. I also certify that the foregoing document is being served this date on the following counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

| | |
|---|---|
| Ian R. Leavengood, Esq.<br>Michael J. Boyle, Esq<br>Philip M. Piazza, Esq<br>LEAVENLAW<br>Northeast Professional Center<br>3900 First Street North, Suite 100<br>St. Petersburg, FL  33703<br>consumerservice@leavenlaw.com<br>ileavengood@leavenlaw.com<br>mboyle@leavenlaw.com<br>ppiazza@leavenlaw.com | Charles Schropp, Esq.<br>Schropp Law Firm, P.A.<br>2309 MacDill Avenue, Suite101<br>Tampa, FL 33609<br>charles@schropplaw.com |

*/s/ Eric Larson Zalud*
Eric Larson Zalud
*Attorney for Defendant DISH Network L.L.C.*

20680198 v1