# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINDA MEDLEY,
an individual,

     Plaintiff,

v.

DISH NETWORK, LLC,
a foreign limited liability company,

     Defendant.
_____/

Case No.: 8:16-cv-02534-CEH-CPT

## PLAINTIFF LINDA MEDLEY'S WITNESS LIST

COMES NOW, Plaintiff, LINDA MEDLEY (hereinafter, "Plaintiff"), by and through the undersigned counsel, hereby files *Plaintiff Linda Medley's Witness List* and states as follows:

    a.    Linda Medley, Plaintiff
           c/o LEAVENLAW
           Ian R. Leavengood, Esq.
           Michael J. Boyle, Esq.
           Philip M. Piazza, Esq.
           Northeast Professional Center
           3900 First Street North, Suite 100
           St. Petersburg, FL 33703

    b.    Michael Conner, Plaintiff's husband
           c/o LEAVENLAW
           Ian R. Leavengood, Esq.
           Michael J. Boyle, Esq.
           Philip M. Piazza, Esq.
           Northeast Professional Center
           3900 First Street North, Suite 100

          St. Petersburg, FL 33703

c.   Ryan N. Singleton, Esq.
Holland Law Group
1401 Manatee Avenue West, Suite #1010
Bradenton, FL 34205

d.   Shannon R. Picchione, Corporate Representative of Dish Network, LLC (or other corporate representative present)
c/o Gray Robinson, P.A.
Josef Y. Rosen, Esq.
Roy S. Kobert, Esq.
301 E. Pine Street, Suite 1400
P.O. Bo. 3068
Orlando, FL 32802-3068

e.   Joey L. Montano, Corporate Representative of Dish Network, LLC (or other corporate representative present)
c/o Gray Robinson, P.A.
Josef Y. Rosen, Esq.
Roy S. Kobert, Esq.
301 E. Pine Street, Suite 1400
P.O. Bo. 3068
Orlando, FL 32802-3068

f.   Individuals listed by Defendant as an expected or potential witness

g.   Rebuttal witnesses

h.   Impeachment witnesses

i.   Any witnesses necessary to authenticate a document

Dated: January 4, 2023

                                  **LEAVENLAW**

                              /s/ *Philip M. Piazza*
                              **Ian R. Leavengood, Esq., FBN 010167**
                              **Michael J. Boyle, Esq., FBN 089009**

**Philip M. Piazza, Esq., FBN 092961**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax:    (727) 327-3305
consumerservice@leavenlaw.com
*Attorneys for Plaintiff*

and

Charles M. Schropp, Esq.
Schropp Law Firm, P.A.
2309 MacDill Avenue, Suite 101
Tampa, FL 33609
Phone: (813) 418-3320
Fax:    (813) 418-3321
Charles@schropplaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2023, a true and correct copy of the above and foregoing was electronically filed via CM/ECF which will electronically serve counsel of record:

Eric L. Zalud, Esq. (*Pro Hac Vice*)
Laura E. Kogan, Esq. (*Pro Hac Vice*)
Benesch, Friedlander, Copland & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
ezalud@beneschlaw.com
lkogan@beneschlaw.com
*Attorneys for Defendant*

Josef Y. Rosen, Esq.
Gray Robinson, P.A.
401 E. Jackson Street, Suite 2700

P.O. Box 3324
Tampa, FL 33601-3324
josef.rosen@gray-robinson.com
valerie.taylor@gray-robinson.com
*Attorneys for Defendant*

and

Roy S. Kobert, Esq.
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
P.O. Bo. 3068
Orlando, FL 32802-3068
roy.kobert@gray-robinson.com
*Attorneys for Defendant*

                                  /s/ *Philip M. Piazza*
                                  Attorney