**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LINDA MEDLEY,

       Case No.: 8:16-CV-02534-CEH-TBM

     Plaintiff,

v.

DISH NETWORK L.L.C.,

     Defendant.

_____/

**PLAINTIFF LINDA MEDLEY'S EXHIBIT LIST**

__ Government     X Plaintiff     __ Defendant     __ Court

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Dish Digital Home Advantage Plan Agreement (DISH000239-000240) |
| 2 | | | | | Dish Network Service LLC Service Agreement (Doc. 51-3) (DISH000241-000242; DISH000380-000389) |
| 3 | | | | | Residential Customer Agreement Revision Aug |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | 2015 (Doc. 31-3 at pg. 6) |
| 4 | | | | | Residential Customer Agreement Revision Aug 2017 (Doc. 51-3 at pg. 6) |
| 5 | | | | | April 15, 2013 through May 1, 2014 Billing Statements (DISH0002243- 000274) |
| 6(a) | | | | | June 1, 2014 Billing Statement (DISH000275-000276) |
| 6(b) | | | | | July 1, 2014 Billing Statement (DISH000277-000278) |
| 6(c) | | | | | August 1, 2014 Billing Statement (DISH000279-000280) |
| 6(d) | | | | | September 1, 2014 Billing Statement (DISH000281-000282) |
| 6(e) | | | | | October 1, 2014 Billing Statement (DISH000283-000284) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 7(a) | | | | | November 1, 2014 Billing Statement (DISH000285-000286) |
| 7(b) | | | | | December 1, 2014 Billing Statement (DISH000287-000288) |
| 7(c) | | | | | January 11, 2015 Past Due Notice (DISH000289-000290) |
| 7(d) | | | | | February 11, 2015 Past due notice (DISH000291-000292) |
| 7(e) | | | | | February 13, 2015 Billing Statement (DISH000293-000294) |
| 7(f) | | | | | August 18, 2016 Billing Statement (DISH000295-000296) |
| 8(a) | | | | | DISH Emails to Plaintiff (Doc. 2, Ex. D) |
| 8(b) | | | | | DISH Emails to Plaintiff (Doc. 2, Ex. F) |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 8(c) | | | | | DISH Emails to Plaintiff (Doc. 2, Ex. G) |
| 8(d) | | | | | DISH Emails to Plaintiff (Doc. 2, Ex. H) |
| 8(e) | | | | | DISH Emails to Plaintiff (Doc. 2, Ex. J) |
| 8(f) | | | | | DISH Emails to Plaintiff (Doc. 2, Ex. K) |
| 9 | | | | | DISH Screenshots of Internal Customer Account Notes (Doc. 51-5) (DISH000297-000306) |
| 10 | | | | | DISH Inbound Call Logs (Doc. 51-4, Ex. D; Doc. 65-4) (DISH000379) |
| 11 | | | | | DISH Outbound Call Logs (Doc. 51-9, Ex. I) (DISH000307) |
| 12 | | | | | Bankruptcy Monitoring Process (Doc. 65-4, pg. 328) (DISH000377-000378) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 13(a) | | | | | Plaintiff's Bankruptcy Case and Docket (Doc. 2, Ex. A) |
| 13(b) | | | | | Plaintiff's Bankruptcy Case and Docket (Doc. 2, Ex. B) |
| 13(c) | | | | | Plaintiff's Bankruptcy Case and Docket (Doc. 2, Ex. C) |
| 13(d) | | | | | Plaintiff's Bankruptcy Case and Docket (Doc. 37-2, Notice of Filing on pg. 6) |
| 14 | | | | | "Collection Communication Log" (Plaintiff's document production Bate labeled: Medley0035, previously produced during discovery) |
| 15(a) | | | | | October 15, 2014 Fax of Representation and Communication Result Report (Doc. 2, Ex. E) |
| 15(b) | | | | | December 30, 2014 Fax of Representation and Communication Result Report (Doc. 2, Ex. I) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 15(c) | | | | | February 16, 2015 Fax of Representation and Communication Result Report (Doc. 2, Ex. L) |
| 16(a) | | | | | Docket and operative Statement of Claim, *Doling v. Dish Network, LLC*, Case No. 2014-SC-37 (Fla. Orange County Court) |
| 16(b) | | | | | Docket, notice of removal, motion to remand and responses to same, *In re: Doling*, Bankruptcy Court, Middle District, Florida, Orlando Division, Case No. 6:13-bk-06817- KSJ |
| 17(a) | | | | DISH objects | DISH SEC Filings, 2011 |
| 17(b) | | | | DISH objects | DISH SEC Filings, 2012 |
| 17(c) | | | | DISH objects | DISH SEC Filings, 2013 |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 17(d) | | | | DISH Objects | DISH SEC Filings, 2014 |
| 17(e) | | | | DISH objects | DISH SEC Filings, 2019 |
| 17(f) | | | | DISH objects | DISH SEC Filings, 2020 |
| 17(g) | | | | DISH objects | DISH SEC Filings, 2021 |
| 18 | | | | | DISH's Do-Not-Call Policy (Doc. 65-4, pg. 310) (DISH000308-000313) |
| **For Demonstrative Purposes Only** | | | | | |
| | | | | DISH objects | Demonstrative Aid: Summary of Selected Timeline of Key Events and Communications |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | DISH objects | Demonstrative Aid: Summary of Selected Billing and Payment History |
| | | **For Impeachment Purposes Only** | | | |
| | | | | | Plaintiff's Verified Complaint (remaining operative counts and allegations) and Accompanying Exhibits (Doc. 2) |
| | | | | DISH objects. | Defendant's Answers and Affirmative Defenses (Doc. 5) |
| | | | | DISH objects. | Defendant's Written Responses to Plaintiff's First Request for Admissions |
| | | | | DISH objects. | Defendant's Written Responses to Plaintiff's First Request for Production of Documents |
| | | | | DISH objects. | Defendant's Written Responses to Plaintiff's First Set of Interrogatories |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | DISH objects. | Deposition Transcript of Dish Corporate Representative Shannon R. Piccihone, March 7, 2018: (Doc 65-3 with Exhibits) |
| | | | | DISH objects. | Deposition Transcript of Dish Corporate Representative Joey L. Montano, March 7, 2018: (Doc 65-1 with Exhibits) |
| | | | | | Order on Motion for Summary Judgment, March 25, 2022: (Doc. 175) |

Dated:  January 4, 2023

Respectfully submitted,

LEAVENLAW

/s/ *Philip M. Piazza*
**Ian R. Leavengood, Esq., FBN 010167**
**Michael J. Boyle, Esq., FBN 089009**
**Philip M. Piazza, Esq., FBN 092961**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax:     (727) 327-3305
consumerservice@leavenlaw.com
*Attorneys for Plaintiff*

*and*

10

Charles M. Schropp, Esq.
Schropp Law Firm, P.A.
2309 MacDill Avenue, Suite 101
Tampa, FL 33609
Phone:  (813) 418-3320
Fax:     (813) 418-3321
Charles@schropplaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2023, a true and correct copy of the above and foregoing was electronically filed via CM/ECF which will electronically serve counsel of record:

Eric L. Zalud, Esq. (*Pro Hac Vice*)
Laura E. Kogan, Esq. (*Pro Hac Vice*)
Benesch, Friedlander, Copland & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
ezalud@beneschlaw.com
lkogan@beneschlaw.com
*Attorneys for Defendant*

Josef Y. Rosen, Esq.
Gray Robinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, FL 33601-3324
josef.rosen@gray-robinson.com
valerie.taylor@gray-robinson.com
*Attorneys for Defendant*

*and*

Roy S. Kobert, Esq.

Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
P.O. Bo. 3068
Orlando, FL 32802-3068
roy.kobert@gray-robinson.com
*Attorneys for Defendant*

/s/ *Philip M. Piazza*
Attorney