# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINDA MEDLEY,

    Plaintiff,

v.

                              Case No.: 8:16-CV-02534-CEH-CPT

DISH NETWORK L.L.C.,

    Defendant.

_____/

## DEFENDANT DISH NETWORK L.L.C.'S AMENDED TRIAL EXHIBIT LIST

___ Plaintiff     _X_ Defendant     ___ Court

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Digital Home Advantage Plan Agreement, DISH000239-DISH000240 |
| 2 | | | | | Residential Customer Agreement, March 2017 |
| 3 | | | | | April 15, 2013 Service Agreement, DISH000241-DISH000242 |
| 4 | | | | | Plaintiff's DISH bills, DISH000243-DISH000296 |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 5 | | | | | Account notes, DISH000297-DISH000306 |
| 6 | | | | | Outbound call log, DISH000307 |
| 7 | | | | | DISH Pause emails, DISH000353, DISH000358, DISH000360, DISH000362, DISH000369, DISH000371 |
| 8 | | | | | DISH Bankruptcy Flow Chart, DISH000377-DISH000378 |
| 9 | | | | | Court Order, Doc. 85 |
| 10 | | | | | Plaintiff's Verified Complaint (without exhibits), Doc. 2 |
| 11 | | | | | Inbound call log, DISH000379 |
| 12 | | | | | Any exhibit identified or otherwise revealed during the course of discovery in this matter or referenced during a deposition. |

*/s/ Eric Larson Zalud*
ERIC LARSON ZALUD (*Pro Hac Vice*)
DAVID M. KRUEGER (*Pro Hac Vice*)
LAURA E. KOGAN (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
216-363-4178 Telephone
216-363-4588 Facsimile
ezalud@beneschlaw.com
dkrueger@beneschlaw.com
lkogan@beneschlaw.com

Josef Y. Rosen, Esq.
Florida Bar No. 112719
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, Florida  33601-3324
813-273-5000 Telephone
813- 273-5145 Facsimile
josef.rosen@gray-robinson.com

And

Roy S. Kobert, Esquire
Florida Bar No. 777153
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802-3068
407- 843-8880 Telephone
407- 244-5690 Facsimile
roy.kobert@gray-robinson.com

*Attorneys for Defendant DISH Network L.L.C.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2023 I electronically filed the foregoing document with the Clerk of Courts by CM/ECF. I also certify that the foregoing document is being served this date on the following counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

    Ian R. Leavengood, Esq.
    Michael J. Boyle, Esq
    Philip M. Piazza, Esq
    LEAVENLAW
    Northeast Professional Center
    3900 First Street North, Suite 100
    St. Petersburg, FL  33703
    consumerservice@leavenlaw.com
    ileavengood@leavenlaw.com
    mboyle@leavenlaw.com
    ppiazza@leavenlaw.com

    Charles M. Schropp, Esq.
    Schropp Law Firm, P.A.
    2309 MacDill Avenue, Suite 101
    Tampa, FL 33609
    charles@schropplaw.com

                                                  */s/ Eric Larson Zalud*
                                                  Eric Larson Zalud
                                                  *Attorney for Defendant DISH Network L.L.C.*

20711445 v1