UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MEDLEY,

    Plaintiff,

v.

    Case No.: 8:16-CV-02534-CEH-CPT

DISH NETWORK L.L.C.,

    Defendant.
_____/

## DEFENDANT DISH NETWORK L.L.C.'S SECOND AMENDED EXHIBIT LIST

___ Plaintiff     _X_ Defendant     ___ Court

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Digital Home Advantage Plan Agreement, DISH000239-240 |
| 2 | | | | | Residential Customer Agreement, March 2017 |
| 3 | | | | | April 15, 2013 Service Agreement, DISH000241-242 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 4 | | | | | Plaintiff's DISH bills, DISH000243-296 |
| 4A | | | | | April 15, 2013 DISH bill DISH000243-245 |
| 4B | | | | | May 1, 2013 DISH bill DISH000246-247 |
| 4C | | | | | May 3, 2013 DISH bill DISH000248-249 |
| 4D | | | | | June 1, 2013 DISH bill DISH000250-251 |
| 4E | | | | | July 1, 2013 DISH bill DISH000252-253 |
| 4F | | | | | August 1, 2013 DISH bill DISH000254-255 |
| 4G | | | | | September 1, 2013 DISH bill DISH000256-257 |
| 4H | | | | | October 1, 2013 DISH bill DISH000258-259 |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 4I | | | | | November 1, 2013 DISH bill DISH000260-261 |
| 4J | | | | | December 1, 2013 DISH bill DISH000262-263 |
| 4K | | | | | January 1, 2014 DISH bill DISH000264-265 |
| 4L | | | | | February 1, 2014 DISH bill DISH000266-268 |
| 4M | | | | | March 1, 2014 DISH bill DISH000269-270 |
| 4N | | | | | April 1, 2014 DISH bill DISH000271-272 |
| 4O | | | | | May 1, 2014 DISH bill DISH000273-274 |
| 4P | | | | | June 1, 2014 DISH bill DISH000275-276 |
| 4Q | | | | | July 1, 2014 DISH bill DISH000277-278 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 4R | | | | | August 1, 2014 DISH bill DISH000279-280 |
| 4S | | | | | September 1, 2014 DISH bill DISH000281-282 |
| 4T | | | | | October 1, 2014 DISH bill DISH000283-284 |
| 4U | | | | | November 1, 2014 DISH bill DISH000285-286 |
| 4V | | | | | December 1, 2014 DISH bill DISH000287-288 |
| 4W | | | | | January 1, 2015 DISH bill DISH000289-290 |
| 4X | | | | | February 11, 2015 DISH bill DISH000291-292 |
| 4Y | | | | | February 13, 2015 DISH bill DISH000292-294 |
| 4Z | | | | | August 18, 2016 DISH bill DISH000295-296 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 5 | | | | | Account notes, DISH000297-306 |
| 6 | | | | | Outbound call log, DISH000307 |
| 7 | | | | | DISH Pause emails, DISH000353, DISH000358, DISH000360, DISH000362, DISH000369, DISH000371 |
| 8 | | | | | DISH Bankruptcy Flow Chart, DISH000377-378 |
| 9 | | | | | Court Order, Doc. 85 |
| 10 | | | | | Plaintiff's Verified Complaint (without exhibits), Doc. 2 |
| 11 | | | | | Inbound call log, DISH000379 |
| 12 | | | | | Any exhibit identified or otherwise revealed during the course of discovery in this matter or |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | referenced during a deposition. |
| **For Demonstrative Purposes Only** ||||||
| | | | | | Demonstrative Aid: Calendar / Timeline of Key events |
| | | | | | Demonstrative Aid: Excerpts from Stipulated Facts |
| **For Impeachment Purposes Only** ||||||
| | | | | | Deposition Transcript of Linda Medley, 2/3/2017 with exhibits |
| | | | | | Discovery Responses of Linda Medley |

*/s/ Eric Larson Zalud*
ERIC LARSON ZALUD (*Pro Hac Vice*)
DAVID M. KRUEGER (*Pro Hac Vice pending*)
LAURA E. KOGAN (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
216-363-4178 Telephone
216-363-4588 Facsimile
ezalud@beneschlaw.com
dkrueger@beneschlaw.com
lkogan@beneschlaw.com

Josef Y. Rosen, Esq.
Florida Bar No. 112719
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, Florida  33601-3324
813-273-5000 Telephone
813- 273-5145 Facsimile
josef.rosen@gray-robinson.com

And

Roy S. Kobert, Esquire
Florida Bar No. 777153
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802-3068
407- 843-8880 Telephone
407- 244-5690 Facsimile
roy.kobert@gray-robinson.com

*Attorneys for Defendant DISH Network L.L.C.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of January, 20232, I electronically filed the foregoing document with the Clerk of Courts by CM/ECF. I also certify that the foregoing document is being served this date on the following counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Ian R. Leavengood, Esq.
Michael J. Boyle, Esq
Philip M. Piazza, Esq
LEAVENLAW
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL  33703
consumerservice@leavenlaw.com
ileavengood@leavenlaw.com
mboyle@leavenlaw.com
ppiazza@leavenlaw.com

Charles M. Schropp, Esq.
Schropp Law Firm, P.A.
2309 MacDill Avenue, Suite 101
Tampa, FL 33609
charles@schropplaw.com

                                           */s/ Eric Larson Zalud*
                                           Eric Larson Zalud
                                           *Attorney for Defendant DISH Network L.L.C.*

20741782 v1