UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MEDLEY, an individual,

    Plaintiff,

v.                                            Case No: 8:16-cv-2534-CEH-CPT

DISH NETWORK, LLC, a foreign
limited liability company,

    Defendant.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury on January 23, 2023 through January 26, 2023. The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff.

Therefore, it is **ORDERED AND ADJUDGED** that:

1    Judgment is entered in favor of Plaintiff Linda Medley and against Defendant Dish Network, LLC, in the amount of $234,750.00[1], plus post-judgment interest at the federal statutory rate from the date of this judgment, for which sum let execution issue.

2    The Clerk is directed to close this case.

---

    A. [1] Statutory Damages:  $1,000.00
    B. Actual Damages:       $8,750.00
    C. Punitive Damages:    $225,000.00
    **TOTAL**:                       **$234,750.00**

Date: January 31, 2023

ELIZABETH M. WARREN, CLERK

_____
By: Bettye Samuel, Deputy Clerk